```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 08-60387-CIV-ZLOCH
```

JAYSON NORMAN,

    Plaintiff,

vs.                                                          **O R D E R**

NATIONAL RAILROAD PASSENGER
CORPORATION a/k/a AMTRAK,

    Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiff Jayson Norman's Motion To Set Aside This Court's Final Order Of Dismissal Without Prejudice (DE 18), Plaintiff's Motion For Hearing (DE 19), and Plaintiff's Motion For Extension Of Time To File A Pre-Trial Stipulation Or Unilateral Pre-trial Catalog (DE 20).  The Court has carefully reviewed said Motions and the entire court file and is otherwise fully advised in the premises.

    By prior Order (DE 15) the Court dismissed the above-styled cause without prejudice for the Parties' failure to timely file their Pretrial Stipulations.  The Court will vacate its prior Order because the four-year statute of limitation for this action expired on May 23, 2004, according to Plaintiff's allegation of when the cause of action accrued.  Thus, the prior dismissal would have a prejudicial effect.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff Jayson Norman's Motion To Set Aside This Court's

Final Order Of Dismissal Without Prejudice (DE 18) be and the same is hereby **GRANTED** and the Final Order of Dismissal (DE 18) be and the same is hereby **VACATED**, set aside, and of no further force or effect;

    2. Plaintiff's Motion For Hearing (DE 19) be and the same is hereby **DENIED**; and

    3. Plaintiff's Motion For Extension Of Time To File A Pre-Trial Stipulation Or Unilateral Pre-trial Catalog (DE 20) be and the same is hereby **GRANTED.** By noon on Friday, September 19, 2008, the Parties shall file their Pretrial Stipulations or Unilateral Pretrial Catalogs.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_17th\_\_\_ day of September, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record